UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RAK, THEODORE J § Case No. 10-43112
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | FIRST MIDWEST BANK |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Wireless Services Inc Bankruptcy Depot. P.O. Box 309 Portland, OR 97207-0309 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Capital One, N.A. C/O American Info PO BOX 54529 Oklahoma City, OK 73154 | | | | | |
| | DirecTV PO BOX 9001069 Louisville, KY 40290 | | | | | |
| | TCF National Bank 800 Burr Ridge Parkway Burr Ridge, IL 60527 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Wealth Delivered LLC 3501 N Southport #128 Chicago, IL 60657 | | | | | |
| | Wealth Delivered, LLC 3501 N Southport #128 Chicago, IL 60657 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-43112 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | RAK, THEODORE J | | | Date Filed (f) or Converted (c): | 09/27/10 (f) |
| | | | | 341(a) Meeting Date: | 12/02/10 |
| For Period Ending: | 12/31/13 | | | Claims Bar Date: | 11/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Approximately $100 | 100.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking account #xxxxx4165 | 947.00 | 626.00 | | 0.00 | FA |
| 3. ING account #xxxx4442 | 2,779.00 | 0.00 | | 0.00 | FA |
| 4. Security deposit held by landlord Mark Rogers | 645.00 | 0.00 | | 0.00 | FA |
| 5. Microwave; kitchen supplies and utensils; living r | 550.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. photography equipment; carpentry tools | 250.00 | 0.00 | | 0.00 | FA |
| 8. Potential Counterclaims in Wealth Delivered, LLC v | 0.00 | 0.00 | | 0.00 | FA |
| 9. Potential Counterclaims in Wealth Delivered, LLC v | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1997 Mitsubishi Mirage 109,000 miles | 1,125.00 | 0.00 | | 0.00 | FA |
| 11. 3791 Polk, Gary IN (u) | 0.00 | 0.00 | | 11,700.75 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $6,596.00    $626.00    $11,700.75    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

related to Double Down Ventures case 10-43110
READY FOR FR

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-43112 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RAK, THEODORE J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7969 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2498 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/02/12 | | Fidelity National Title Company, LLC<br>3139 Lincoln Ave #228<br>Chicago, IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 8,248.84 | | 8,248.84 |
| | 11 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 3,451.91 ) | 2500-000 | | | |
| 10/05/12 | 100001 | First Midwest Bank<br>c/o David L. Kane<br>Meltzer, Purtill & Stelle, LLC<br>300 S. Wacker Drive - suite 3500<br>Chicago, IL 60606 | RCPTS - LIQUID. OF REAL PROPERTY | 4110-000 | | 7,429.79 | 819.05 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.56 | 817.49 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.50 | 816.99 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.52 | 816.47 |
| 03/22/13 | 100002 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 0.68 | 815.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 11,700.75 | COLUMN TOTALS | | 8,248.84 | 7,433.05 | 815.79 |
| Memo Allocation Disbursements: | 3,451.91 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 8,248.84 | 7,433.05 | |
| Memo Allocation Net: | 8,248.84 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 8,248.84 | 7,433.05 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 11,700.75 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 3,451.91 | Money Market Account (Interest Earn - *******7969 | | 8,248.84 | 7,433.05 | 815.79 |
| Total Memo Allocation Net: | 8,248.84 | | | 8,248.84 | 7,433.05 | 815.79 |

Page Subtotals    8,248.84    7,433.05

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-43112 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RAK, THEODORE J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7969 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2498 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*